| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Duffey, Jr., William S. | 2. Court or Organization Northern District of Georgia | 3. Date of Report 05/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2012 to 12/31/2012 |

**7. Chambers or Office Address**

1721 United States Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Holtzbrink Publishing Holdings, LP - royalties from copyrights |
| 2. 2012 | Penguin Group (USA) Inc. - royalties from copyrights |
| 3. 2012 | Atlanta Christian Academy - speaking fees |
| 4. 2012 | Jackson Elementary - speaking fees |
| 5. 2012 | Self-employed writer |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Chemonics International, Inc. | 11/11/2012 - 11/15/2012 | Kyiv, Ukraine | Seminar w/ Gov. | Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #2 (H) | | | | | | | | | |
| 2. -MS Bank Deposit Program | A | Interest | K | T | | | | | |
| 3. -Blackrock Global Allocation C | A | Dividend | L | T | Sold (part) | 12/04/12 | J | C | |
| 4. -Franklin Mutual Recovery C | A | Dividend | K | T | | | | | |
| 5. -Invesco VK Amer Franchise C | | | K | T | | | | | |
| 6. -Invesco Developing Markets C | | | K | T | | | | | |
| 7. -Investco VK Muni Income C | B | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 8. | | | | | Sold (part) | 12/04/12 | J | A | |
| 9. IRA #1 | D | Dividend | N | T | | | | | |
| 10. | B | Interest | | | | | | | |
| 11. | B | Distribution | | | | | | | |
| 12. -MS Bank Deposit Program | | | | | | | | | |
| 13. -Wells Fargo Company | | | | | | | | | |
| 14. -Duke Energy Corp | | | | | | | | | |
| 15. -Wellpoint Inc | | | | | | | | | |
| 16. -Dell Inc | | | | | | | | | |
| 17. -Rio Tinto Finance USA Limited | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -General Electric Capital Corp | | | | | | | | | |
| 19. -Morgan Stanley | | | | | | | | | |
| 20. -Comcast Corp New | | | | | | | | | |
| 21. -Goldman Sachs Group Inc | | | | | | | | | |
| 22. -Marathon Oil Corp | | | | | | | | | |
| 23. -Verizon Communications | | | | | | | | | |
| 24. -Glaxosmithkline Cap Inc | | | | | | | | | |
| 25. -Kraft Foods Inc | | | | | | | | | |
| 26. -Tyco International Finan | | | | | | | | | |
| 27. -AT&T Inc | | | | | | | | | |
| 28. -Boeing Co | | | | | | | | | |
| 29. -CVS Caremark Corp | | | | | | | | | |
| 30. -Indiana Michigan Power | | | | | | | | | |
| 31. -Altria Group Inc | | | | | | | | | |
| 32. -Federal National Mtg Assn | | | | | | | | | |
| 33. -Franklin Income C | | | | | | | | | |
| 34. -Invesco Equal Wghtd S&P 500 C | | | | | Buy (add'l) | 04/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AIP ABSLT RTNSTS | | | | | | | | | |
| 36. IRA #2 | A | Interest | M | T | | | | | |
| 37. -MS Bank Dep Program(Y) | | | | | | | | | |
| 38. -Keyworth Bank | | | | | | | | | |
| 39. -AIP ABSLT RTNSTS | | | | | | | | | |
| 40. Roth IRA #1 | A | Dividend | J | T | | | | | |
| 41. -Invesco VK Corporate Bond C | | | | | | | | | |
| 42. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 43. -Invesco VK Growth & Income C | | | | | | | | | |
| 44. Brokerage Account #1 (H) | | | | | | | | | |
| 45. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 46. -One GA Bk | | None | J | T | | | | | |
| 47. -Van Eck Intl Inv Gold FD A | A | Distribution | J | T | Sold (part) | 11/05/12 | J | A | |
| 48. Brokerage Account #3 (H) | | | | | | | | | |
| 49. -MS Bank Deposit Program | A | Interest | J | T | | | | | |
| 50. -Alerian Mlp Etf | A | Dividend | J | T | Buy | 03/28/12 | J | | |
| 51. -Barcap Etn-Ipath Dow Jones-AIG Commidity Tot | | None | J | T | Buy | 09/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Russel 2000 Growth Fd | A | Dividend | J | T | | | | | |
| 53. -Ishares Russel 2000 Value Fd | A | Dividend | J | T | | | | | |
| 54. -Ishares Russel Midcap G In Fd | A | Dividend | J | T | Sold (part) | 03/28/12 | J | | |
| 55. -Ishares Russel Midcap V In Fd | A | Dividend | J | T | | | | | |
| 56. -Ishares S&P 500 GRWTH Index | A | Dividend | K | T | Sold (part) | 03/28/12 | J | B | |
| 57. | | | | | Sold (part) | 09/20/12 | J | A | |
| 58. -Ishares S&P 500 Value Index | A | Dividend | K | T | Sold (part) | 03/28/12 | J | C | |
| 59. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 60. -SPDR DJ Wilshre Global Rea- | A | Dividend | J | T | Buy (add'l) | 09/20/12 | J | | |
| 61. -Dreyfus Intl Bond I | A | Dividend | K | T | Buy | 03/28/12 | J | | |
| 62. | | | | | Buy (add'l) | 09/20/12 | K | | |
| 63. -Eaton Vance GLB Micro Abs Reti | A | Dividend | K | T | Buy | 03/28/12 | J | | |
| 64. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 65. -Franklin Fed Intm Trm Txfr Adv | B | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |
| 66. | | | | | Sold (part) | 09/20/12 | J | A | |
| 67. -Thornburg Intl Value I | A | Dividend | J | T | Buy (add'l) | 09/20/12 | J | | |
| 68. -Virtus Insight Emrg. Mkts. I | A | Dividend | K | T | Sold (part) | 03/28/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Distribution | | | | | | | |
| 70. -Guggenheim Mngd. Futrs. Strath (X) | A | Dividend | | | Sold | 09/20/12 | J | A | |
| 71. -Ishares Barclays Tips BD FD | A | Dividend | | | Sold | 09/20/12 | J | A | |
| 72. -Ishares JP Morgan EM Bond Fd | | None | | | Sold | 09/20/12 | J | A | |
| 73. -Powershares DB Comm Trk Inc. | A | Interest | | | Sold | 09/20/12 | J | A | |
| 74. -SPDR Barclays Capital Internat | A | Dividend | | | Sold | 09/20/12 | J | A | |
| 75. -Franklin Hi Yield Tx Fr A | A | Dividend | | | Sold | 09/20/12 | J | A | |
| 76. -JP Morgan Hibrg Stat Mkt Neu A | | None | | | Sold | 02/28/12 | K | A | |
| 77. -Rydex/SGI Managed Fut Str A (Y) | | | | | | | | | |
| 78. IRA #3 | E | Dividend | P1 | T | | | | | |
| 79. | A | Interest | | | | | | | |
| 80. | B | Distribution | | | | | | | |
| 81. -Morgan Stanley Bank Deposit Program | | | | | | | | | |
| 82. -Alerian MLP EFT | | | | | Buy | 03/28/12 | L | | |
| 83. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 84. -Barcap ETN-IPATH Dow Jones-AIG Commidity Tot | | | | | Buy | 09/20/12 | K | | |
| 85. -Ishares Russell 2000 Growth FD | | | | | Sold (part) | 03/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 87. -Ishares Russell 2000 Value FD | | | | | Sold (part) | 03/28/12 | J | A | |
| 88. -Ishares Russell Midcap G In FD | | | | | Buy (add'l) | 03/28/12 | K | | |
| 89. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 90. -Ishares Russell Midcap V In FD | | | | | Sold (part) | 03/28/12 | J | A | |
| 91. -Ishares S&P 500 GRWTH Index | | | | | Buy (add'l) | 03/28/12 | K | | |
| 92. | | | | | Sold (part) | 09/20/12 | J | B | |
| 93. -Ishares S&P 500 Value Index | | | | | Sold (part) | 03/28/12 | L | D | |
| 94. | | | | | Buy (add'l) | 09/20/12 | L | | |
| 95. -SPDR DJ Wilshire Global Rea | | | | | Buy (add'l) | 03/28/12 | J | | |
| 96. | | | | | Buy (add'l) | 09/20/12 | K | | |
| 97. -Government National Mtg. Assn. Pool (Y) | | | | | | | | | |
| 98. -Dreyfus Intl Bond I | | | | | Buy | 03/28/12 | L | | |
| 99. | | | | | Buy (add'l) | 09/20/12 | M | | |
| 100. -Eaton Vance GLB Mcro Abs Reti | | | | | Buy | 03/28/12 | L | | |
| 101. | | | | | Buy (add'l) | 09/20/12 | K | | |
| 102. -Metropolitan West tot Ret Bd I | | | | | Buy | 09/20/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Thornburg Intl Value I Position:2 | | | | | Buy (add'l) | 03/28/12 | J | | |
| 104. | | | | | Buy (add'l) | 09/20/12 | K | | |
| 105. -Virtus Insight Emrg Mkts I | | | | | Buy (add'l) | 03/28/12 | K | | |
| 106. | | | | | Buy (add'l) | 09/20/12 | J | | |
| 107. -Guggenheim Mngd Futrs Strat H | | | | | Buy | 03/28/12 | J | | |
| 108. | | | | | Sold | 09/20/12 | L | | |
| 109. -Ishares Barclays Tips BD FD | | | | | Buy (add'l) | 03/28/12 | J | | |
| 110. | | | | | Sold | 09/20/12 | K | B | |
| 111. -Ishares IBOXX $ H/V Corp Bnd | | | | | Buy (add'l) | 03/28/12 | J | | |
| 112. | | | | | Sold | 09/20/12 | K | B | |
| 113. -Ishares JP Morgan EM Bond FD | | | | | Buy (add'l) | 03/28/12 | J | | |
| 114. | | | | | Sold | 09/20/12 | K | D | |
| 115. -Powershares DB Comm TRK INC | | | | | Buy (add'l) | 03/28/12 | J | | |
| 116. | | | | | Sold | 09/20/12 | J | B | |
| 117. -SPDR Barclays Capital Internat. | | | | | Sold (part) | 03/28/12 | K | A | |
| 118. | | | | | Sold | 09/20/12 | L | A | |
| 119. -Vanguard Total Bond Market | | | | | Sold (part) | 03/28/12 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffey, Jr., William S. | 05/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/20/12 | M | D | |
| 121. -JP Morgan HIBRG Stat Mkt Neu A | | | | | Sold | 03/28/12 | M | A | |
| 122. -RYDEX/SGI Managed Fut Str A (Y) | | | | | | | | | |
| 123. NW Mutual Estate CompLife | | None | L | T | | | | | |
| 124. John Hancock | | None | L | T | | | | | |
| 125. C & B Capital I, L.P. * | C | Distribution | K | U | | | | | |
| 126. C & B Capital II, L.P. ** | B | Interest | M | U | | | | | |
| 127. | A | Dividend | | | | | | | |
| 128. Betsy Byars, Inc. | | None | M | W | | | | | |
| 129. Gold coins | | None | K | T | | | | | |
| 130. One Georgia Bank (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffey, Jr., William S.** | 05/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Ownership interest percentage is 0.208971%.  During the reporting period, C&B Capital I, L.P. held interests in the following companies:
- Alimera Sciences, Inc.
- Focus Receivables Management, Inc
- Global Care, Inc
- Healthcare Solutions, Inc.
- Liaison Technologies, Inc. (acquired nuBridges, Inc.)


**Ownership interest percentage is 0.690685%.  During the reporting period, C&B Capital II, L.P. held interests in the following companies:
- Alimera Sciences, Inc.

- Brand Group Holdings, Inc.
- Brightree, LLC
- Cartera Commerce, Inc.
- Controlscan, Inc.
- Healthcare Solutions, Inc.
- Navitas Lease Finance Corp.
- PMW Technologies, Inc. d/b/a PeopleMatter
- PODS Holding, Inc.
- REACH Health, Inc.
- SnagAJob.com, Inc.
- SG-BPG, LLC/BPG Holdings, LLC
- CBG Holding, Inc.
- Stratos Management Systems Holding LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William S. Duffey, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544